# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Leda Dunn Wettre |
| v. | : | Mag. No. 18-8099 |
| BRYAN STEVEN QUEZADA | : | **CRIMINAL COMPLAINT** |
| | : | **Filed Under Seal** |

I, Bradley Benwell, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

### SEE ATTACHMENT A

I further state that I am a Special Agent with the Department of Homeland Security, Homeland Security Investigations, and that this complaint is based on the following facts:

### SEE ATTACHMENT B

continued on the attached pages and made a part hereof.

*Bradley J. Benwell*
Special Agent Bradley Benwell
Department of Homeland Security
Homeland Security Investigations

Sworn to before me and subscribed in my presence,

July 18, 2018                    at            Essex County, New Jersey
Date                                             County and State

HONORABLE LEDA DUNN WETTRE
UNITED STATES MAGISTRATE JUDGE         Signature of Judicial Officer

## ATTACHMENT A

In or about January 2017 through in or about April 2017, in Union County, in the District of New Jersey and elsewhere, defendant

### BRYAN STEVEN QUEZADA

did knowingly distribute child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that had been mailed, and using any means and facility of interstate and foreign commerce, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Section 2252A(a)(2)(A) and 2252A(b)(1) and Title 18, United States Code, Section 2.

## ATTACHMENT B

I, Bradley Benwell, am a Special Agent with the Department of Homeland Security, Homeland Security Investigations. I am fully familiar with the facts set forth herein based on my own investigation, my conversations with other law enforcement officers, and my review of reports, documents, and evidence. Where statements of others are related herein, they are related in substance and part. Because this complaint is being submitted for a limited purpose, I have not set forth each and every fact that I know concerning this investigation. Where I assert that an event took place on a particular date, I am asserting that it took place on or about the date alleged.

1. At all times relevant to this Complaint, defendant Bryan QUEZADA ("QUEZADA") was a resident of Hillside, New Jersey.

2. In or about January 2017 through in or about April 2017, undercover law enforcement officers accessed a publicly available peer-to-peer ("P2P") network over the Internet and observed that a computer associated with two Internet Protocol ("IP") addresses was logged into the network.[1] The investigation revealed that these IP addresses were associated with a computer (the "QUEZADA Computer") used by an individual later identified as defendant QUEZADA. Law enforcement documented QUEZADA sharing multiple files suspected of depicting child pornography over this P2P network.

3. Over the course of the investigation, law enforcement downloaded more than 90 files containing what appeared to be child pornography from the QUEZADA Computer via the P2P network. For instance, on or about January 4, 2017, at approximately 9:40 p.m. through on or about January 5, 2017, at approximately 12:50 a.m. (the "January Session") and on or about March 27, 2017, at approximately 9:30 p.m. through on or about April 6, 2017, at approximately 7:18 a.m. (the "March/April Session", collectively the "2017 Sessions"), law enforcement conducted undercover P2P sessions utilizing a publicly available P2P software application program, and downloaded the following files from the QUEZADA Computer:

---

[1] P2P is a method of communication available to Internet users through the use of special software. The software is designed to allow users to trade digital files through a worldwide network that is formed by linking computers together. There are several different software applications that can be used to access these networks but these applications operate in essentially the same manner. To access the P2P networks, a user first obtains the P2P software, which can be downloaded from the Internet. In general, P2P software allows the user to set up file(s) on a computer to be shared with others running compatible P2P software. A user obtains files by opening the P2P software on the user's computer, and conducting searches for files that are currently being shared on another user's computer.

| FILENAME | DESCRIPTION |
|---|---|
| File Name/Number:<br><br>Mandy 8yo.avi | This video, which runs approximately thirteen (13) minutes and one (1) second in length, depicts a prepubescent female with wavy medium brown hair who appears to be approximately seven (7) to nine (9) years in age. At the beginning of the video, the girl is facing the camera and performing fellatio upon the erect penis of an adult male who is visible only from genitals and below. Later in the video, the girl removes all of her clothing. In the background, there is a closet visible with hanging clothes and a metal desk. The girl then kneels on the bed to the left of the adult male, and she resumes performing fellatio. Near the conclusion of the video, the adult male ejaculates on the upper chest area of the girl. It appears that the adult male is holding the video camera throughout the recording.<br><br>This video file was downloaded from the QUEZADA Computer by law enforcement during the January Session. |
| File Name/Number:<br><br>Asian – pthc (tied 8yo [redacted]) hussy fan | This video was only partially downloaded with approximately five (5) minutes and twenty-six (26) seconds captured by law enforcement. (The full video, which has been previously identified by law enforcement, is approximately ten (10) minutes in length.) The portion that was downloaded depicts two Asian girls lying naked on a bed with a pink patterned bedspread in a room with pink walls. A naked male is partially visible. A prepubescent girl to the left appears to be approximately 8 to 10 years old and has her wrists bound to her ankles by duct tape. The adult male places his fingers on the girl's vagina and then vaginally penetrates her with his penis. There is a third naked girl lying on the bed to the right of the screen. After a period of time, the adult holds a lit candle above the bound girl's vaginal area, apparently dripping hot wax. |

| FILENAME | DESCRIPTION |
|---|---|
| | The adult male then begins penetrating the bound girl with a pair of sex toys.<br><br>This video file was downloaded from the QUEZADA Computer by law enforcement during the January Session. |
| File Name/Number:<br><br>10Yo Linda | This video, which is approximately one (1) minute and forty-three (43) seconds in length, depicts an adult male lying on his back on a bed with blue sheets. The adult male, who is wearing nothing but socks, thus exposing his erect penis, is visible from his chest to his feet. At the outset of the video clip, a prepubescent girl with brown hair, who appears to be approximately ten (10) years in age, gets on top of the male's penis while facing away from the camera. She is entirely nude with the exception of a dark colored ski mask that covers her head. The adult male vaginally penetrates the prepubescent female.<br><br>This video file was downloaded from the QUEZADA Computer by law enforcement during the March/April Session. |

4. On or about May 11, 2017, law enforcement executed a search warrant at QUEZADA's residence in Hillside, New Jersey (the "Residence"). At the Residence, law enforcement discovered computer equipment belonging to QUEZADA, including a tower computer located in QUEZADA's bedroom.

5. During and after the search of the Residence, and after being advised of his Miranda rights, QUEZADA admitted to law enforcement officers, among other things, that the computer equipment was his and that he uses the P2P program referenced in paragraphs 2 and 3 above.

6. A preliminary forensic review of the computer equipment seized from QUEZADA's residence revealed approximately 3,519 images and approximately 1,855 videos of child pornography as defined by Title 18, United States Code, Section 2256(8).

7. Based upon my education, training and experience, and my discussions with other law enforcement officers, and to the best of my knowledge, the files described in paragraph 3 above traveled in interstate commerce, that is, the files were downloaded from the Internet via the P2P network, based upon, among other things, law enforcement's downloads of the video files from the QUEZADA Computer via the P2P network during the 2017 Sessions.